# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GREGORY W. JOHNSON | ) | Case No. 3:08CV00461 |
| | ) | Judge: ROSE |
| v. | ) | Corporate Disclosure Statement |
| | ) | |
| LEVI STRAUSS, ET AL. | ) | |

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant VF Sportswear, Inc. and Defendant VF Jeanswear Limited Partnership

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   __X__ Yes      _____ No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   VF Sportswear, Inc. is an indirect, wholly-owned subsidiary of V.F. Corporation, which is publicly held.
   VF Jeanswear Limited Partnership is an indirect, wholly-owned subsidiary of V.F. Corporation, which is publicly held.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes      __X__ No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

_____      2/12/09
(Signature of Counsel)                 (Date)

## "Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT.**

## **CERTIFICATE OF SERVICE**

The foregoing Corporate Disclosure Statement of Defendant VF Sportswear, Inc. and Defendant VF Jeanswear Limited Partnership was filed electronically on February 12, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing will be sent to the *pro se* Plaintiff by regular U.S. mail, postage prepaid, to the address set forth below.

        Gregory Walker Johnson, *Pro Se*
        516 Dakota Street
        Dayton, Ohio  45402

        /s/ Roger L. Schantz
        ROGER L. SCHANTZ