UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GREGORY WALKER JOHNSON

       Plaintiff,

-v-

LEVI STRAUSS, et al.,

       Defendants.

Case No. C-3:08-cv-461

Judge Thomas M. Rose
Magistrate Sharon L. Ovington

---

**ENTRY AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #52) REGARDING A MOTION TO DISMISS FILED BY DEFENDANTS COLUMBIA SPORTSWEAR, INC.; SEAN JOHN CLOTHING, INC.; TARGET CORP.; ICONIX BRANDS, INC.; PHILLIPS-VAN HEUSEN CORP.; AND BON-TON STORES, INC. (Doc. #34): DISMISSING DEFENDANTS COLUMBIA SPORTSWEAR, INC.; SEAN JOHN CLOTHING, INC.; TARGET CORP.; ICONIX BRANDS, INC.; PHILLIPS-VAN HEUSEN CORP.; AND BON-TON STORES, INC. AND DENYING THESE DEFENDANTS' MOTION IN THE ALTERNATIVE FOR A MORE DEFINITIVE STATEMENT AS MOOT**

---

      This matter comes before the Court pursuant to Magistrate Judge Sharon L. Ovington's Report and Recommendations (doc. #52) regarding a Motion To Dismiss filed by Defendants Columbia Sportswear, Inc.; Sean John Clothing, Inc.; Target Corp.; Iconix Brands, Inc.; Phillips-Van Heusen Corp.; and Bon-Ton Stores, Inc. Pro se Plaintiff Gregory Walker Johnson ("Johnson") has objected to this Report and Recommendations (doc. #53) and a response to Johnson's Objections has not been filed.

      As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Magistrate Judge's Report and Recommendations is adopted in its entirety.

The Motion To Dismiss filed by Defendants Columbia Sportswear, Inc.; Sean John Clothing, Inc.; Target Corp.; Iconix Brands, Inc.; Phillips-Van Heusen Corp.; and Bon-Ton Stores, Inc. is GRANTED. Further, the Motion In the Alternative for a More Definitive Statement filed by Defendants Columbia Sportswear, Inc.; Sean John Clothing, Inc.; Target Corp.; Iconix Brands, Inc.; Phillips-Van Heusen Corp.; and Bon-Ton Stores, Inc. is DENIED AS MOOT. Finally, the Clerk of Courts is hereby ordered to provide a copy of this Entry and Order to Gregory Walker Johnson at his last address of record.

**DONE** and **ORDERED** in Dayton, Ohio, this Fourth day of September, 2009.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Gregory Walker Johnson