# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GREGORY WALKER JOHNSON, | : | |
| Plaintiff, | : | Case No. 3:08cv00461 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| LEVI STRAUSS, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #63), to whom this case originally was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It therefore is **ORDERED** that:

1. The Report and Recommendations filed on September 29, 2009 (Doc. #63) are **ADOPTED** in full;

2. Defendants VF Sportswear, Inc.'s and VF Jeanswear

Limited Partnerships' Motion for Partial Judgment on the Pleadings (Doc. #48) and Second Motion for Partial Judgment on the Pleadings (Doc. #57) are **GRANTED**; and

3. Defendant Levi Strauss & Co.'s Motion for Judgment on the Pleadings (Doc. #55) is **GRANTED.**

October 26, 2009                                *S/THOMAS M. ROSE

                                                            Thomas M. Rose
                                                    United States District Judge