# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GREGORY WALKER JOHNSON, | : | |
| Plaintiff, | : | Case No. 3:08cv00461 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| LEVI STRAUSS, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #67), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 17, 2009 (Doc. #67) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED in its entirety; and

3. This case is terminated on the docket of the Court.

December 9, 2009                                      *s/THOMAS M. ROSE*

                                                         Thomas M. Rose
                                             United States District Judge